

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 7, 2014

Byron Miller
115 East Travis Suite 1800
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Jorge Padilla
100 Congress Ave Ste 1100
Austin, TX 78701-4042
* DELIVERED VIA E-MAIL *

George Breck Harrison
100 Congress Ave Ste 1100
Austin, TX 78701-4042
* DELIVERED VIA E-MAIL *

Marynell Baker Maloney
115 E Travis St Ste 1800
San Antonio, TX 78205-1741
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00515-CV
        Trial Court Case Number:    2014-CI-04911
        Style: Specialty Select Care Center of San Antonio, L.L.C. d/b/a Casa
        Rio Healthcare and Rehabilitation
            v.
        Adolfo R. Juiel, Individually, Anna A. Juiel, Individually and on
behalf of Isaac Juiel, individually, and as all Heirs of the Estate of Bertha
Juiel, deceased and Lisa Ochoa, as Representative of the Estate of Nora
Nieto, deceased

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219



# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2014

No. 04-14-00515-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, L.L.C.** d/b/a Casa Rio
Healthcare and Rehabilitation,
Appellant

v.

Adolfo R. **JUIEL**, Individually, Anna A. Juiel, Individually and on behalf of Isaac Juiel,
individually, and as all Heirs of the Estate of Bertha Juiel, deceased and Lisa Ochoa, as
Representative of the Estate of Nora Nieto, deceased,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04911
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is GRANTED. The clerk's record is due
on August 29, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 7th day of August, 2014.

Keith E. Hottle
Clerk of Court

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

August 7, 2014

No. 04-14-00515-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, L.L.C.** d/b/a Casa Rio
Healthcare and Rehabilitation,
Appellant

v.

Adolfo R. **JUIEL**, Individually, Anna A. Juiel, Individually and on behalf of Isaac Juiel,
individually, and as all Heirs of the Estate of Bertha Juiel, deceased and Lisa Ochoa, as
Representative of the Estate of Nora Nieto, deceased,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04911
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is GRANTED. The clerk's record is due
on August 29, 2014.

/s/ Sandee Bryan Marion
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 7th day of August, 2014.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 7TH DAY OF AUGUST, 2014.

Vol.___Page___